**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **GILBERTO MORGAN**   JOINT DEBTOR: **LIDIA MORGAN**   CASE NO.:_____
Last Four Digits of SS# XXX-XX-3053   Last Four Digits of SS# XXX-XX-1663

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 337.25 for months 1 to 60;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00    TOTAL PAID $1,000.00
    Balance Due $ 2,500.00 payable $ 250.00 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____   Arrearage on Petition Date $_____
Address:_____   Arrears Payment $_____/month (Months _____ to _____)
                                             Regular Payment $_____/month (Months _____ to _____)
Account No: _____
**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____ Total Due $_____
                         Payable $_____/month (Months____ to ____) Regular Payment $____
2._____ Total Due $_____
                         Payable $_____/month (Months____ to ____) Regular Payment $____

Unsecured Creditors: Pay $ 53.52 /month (Months 1 to 10), $ 303.52/month (Months 11 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors will continue to pay 1st Mortgage with Bank of America (Account No.XXX-1201) and 2nd Mortgage with Space Coast Credit Union ( Account No. XXX-7489) for homestead property located at 13441 SW 178th Street, Miami, FL 33177 outside of the plan.

Debtors will continue to pay GM Financial (Account No.XXX-5021) for the 2007 Ford Mustang and Wells Fargo (Account No.XXX-8485) for the 2008 Toyota Tacoma, outside of the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Gilberto Morgan                                                            /s/ Lidia Morgan
Debtor                                                                                    Joint Debtor
Date: 8/20/2012                                                                  Date: 8/20/2012

LF-31 (rev. 06/02/08)