UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Case No. 12-29905-RAM
          Chapter 13

Gilberto Morgan
Lidia Morgan
_____Debtors_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Until October 7th: 51 SW 1st Ave, #1409, Miami, FL 33130
After October 7th: 301 North Miami Avenue, Rm 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 16-1 | CitiMortgage, Inc. | $15,300.00 | On or about November 1, 2013 Creditor, CitiMortgage, Inc. herein after referred to as "Creditor" filed a secured proof of claim. The deadline to file a proof of |

        claim on the instant case was December 19, 2012. Creditor filed its proof of claim untimely. Thus, this secured claim should be stricken and disallowed.

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this 30th day of September, 2014 to:

CitiMortgage, Inc.
Stephanie Weatherton, Bankruptcy Specialist
P.O BOX 6030
Sioux Falls, SD 57117–6030.

Citibank, N.A.
Attn: Eugene McQuade, CEO
399 Park Avenue
New York, New York 10022

| | |
|---|---|
| CitiMortgage, Inc. | CitiMortgage, Inc. |
| c/o Sanjiv, Das, CEO | CT Corporation System, R.A. |
| 399 Park Avenue | 319 S. Coteau Street |
| New York, NY 10022 | Pierre, SD 57501-3108 |

CitiMortgage, Inc.
c/o Sanjiv Das, CEO
1000 Technology Dr.
O'Fallon, MO 63368

## CERTIFICATE OF ADMISSION

        **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        Respectfully Submitted:
        **Robert Sanchez, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        Fax. 305-512-9701

        By: /s/ Robert Sanchez
           [X]Robert Sanchez, Esq., FBN#0442161