# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ ___FIRST___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **GILBERTO MORGAN** JOINT DEBTOR: **LIDIA MORGAN**    CASE NO.: 12-29905-RAM
Last Four Digits of SS# XXX-XX-3053  Last Four Digits of SS# XXX-XX-1663

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ 317.02 for months 1 to 50; in order to pay the following creditors:
  B. $ 525.80 for months 51 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + $525 Mtn Mod=$4,025.00 TOTAL PAID $1,000.00
  Balance Due $ 3,025.00    payable $ 50 /month (Months 1 to 50)
                            payable $ 262.50 /month (Months 51 to 52)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. ___NONE___

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____ Total Due $_____
                            Payable $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 249.96 /month (Months 1 to 50), Pay $ 210.72 month (Months 51 to 52);
    and Pay $ 473.22 month (Months 53 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
Debtors will continue to pay 1st Mortgage with Bank of America (Account No.XXX-1201) and 2nd Mortgage with Space Coast Credit Union ( Account No. XXX-7489) for homestead property located at 13441 SW 178th Street, Miami, FL 33177 outside of the plan.
Debtors will continue to pay GM Financial (Account No.XXX-5021) for the 2007 Ford Mustang and Wells Fargo (Account No.XXX-8485) for the 2008 Toyota Tacoma, outside of the plan. .

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Robert Sanchez, Esq.                             /s/ Robert Sanchez, Esq.
Attorney for Debtor                                   Attorney for Joint Debtor
Date: 10/24/2016                                      Date: 10/24/2016

LF-31 (rev. 06/02/08)